FILED: August 14, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4419 (L)
(5:13-cr-00237-D-3)
_____

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

BYRON DALE WHITAKER

  Defendant - Appellant

_____

No. 14-4435
(5:13-cr-00237-D-4)
_____

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

GREGORY DEVONTE ROBERTSON, a/k/a G-Call

  Defendant - Appellant

_____

No. 14-4641
(5:13-cr-00237-D-6)

_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

ANDREW LEONARD LEAK

    Defendant - Appellant

_____

J U D G M E N T

_____

In accordance with the decision of this court, the judgments of the district court are affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

                              /s/ PATRICIA S. CONNOR, CLERK